## MARTIN v. SHIELDS.

ATKINSON, J.  Where a defendant duly served fails to answer, and a judgment in default is entered against him, the fact that such person has requested a codefendant to employ counsel and file a defense for him,

and the codefendant has failed to do so, is not such a providential cause or excusable neglect as will authorize the judge in his sound discretion to allow the default to be opened and a defense set up at the trial term. *Ingalls* v. *Lamar*, 115 *Ga.* 296 (41 S. E. 573); *Moore* v. *Kelly & Jones Co.*, 109 *Ga.* 798 (35 S. E. 168); Civil Code, § 5656.

> *Judgment affirmed. All the Justices concur.*
> OCTOBER 13, 1915.

Complaint. Before Judge Meadow. Madison superior court. September 10, 1914.

*Clarence E. Adams,* for plaintiff in error.

*Stevenson & Martin* and *Berry T. Moseley,* contra.

> *Judgment affirmed. All the Justices concur.*
> OCTOBER 13, 1915.